## STATE OF CONNECTICUT *v.* EDWARD SINGER

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 844 (AC 25846), is denied.

*Mary H. Trainer,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided July 6, 2006